**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **CAROLYN S. LAWSON,** | : | Case No. 2:12-CV-0323 |
| **Plaintiff,** | : | **JUDGE ALGENON L. MARBLEY** |
| v. | : | |
| | : | Magistrate Judge Abel |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| **Defendant.** | : | |

## OPINION AND ORDER

On June 10, 2013, the United States Magistrate Judge recommended this action be remanded to the administrative law judge. The Magistrate Judge recommended that the administrative law judge determine if there are good reasons to find that Dr. DeShetler's opinion is not controlling, and if it is not, then the administrative law judge should evaluate all the medical source evidence and determine what weight to assign each source, including the treating source. The Magistrate Judge also recommended that the administrative law judge evaluate Mr. Craig's opinion in accordance with SSR 06-03p and consider Plaintiff's vocational factors in accordance with SSR 85-15. *Report and Recommendation*, Doc. 15. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, Doc. No. 15, is **ADOPTED AND AFFIRMED**. The action is **REMANDED** to the administrative law judge, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further consideration of the aforementioned opinions and evidence.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                               **s/Algenon L. Marbley**
                                                               **ALGENON L. MARBLEY**
                                                               **UNITED STATES DISTRICT JUDGE**

**DATE: September 12, 2013**